2:12-cv-254-WCO

| North Georgia Mountain Crisis Network, Inc. | Original Effective Date: July 13, 2010 |
|---|---|
| Policy/Procedure for: Whistleblower | Review/Revised Date: April 19, 2011 |

## POLICY

If any employee of North Georgia Mountain Crisis Network, Inc. reasonably believes that some policy, practice, or activity of NGMCN, Inc. is in violation of law, a written complaint may be filed by that employee.

## PROCEDURE

A complaint shall be filed with the Executive Director. If the complaint is against the Executive Director, a complaint may be filed with the President of the Board of Directors.

It is the intent of NGMCN, Inc. to adhere to all laws and regulations that apply to the organization, and the underlying purpose of this policy is to support the organization's goal of legal compliance. The support of all employees is necessary to achieving compliance with various laws and regulations. An employee is protected from retaliation only if the employee brings the alleged unlawful activity, policy, or practice to the attention of NGMCN, Inc. and provides NGMCN, Inc. with a reasonable opportunity to investigate and correct the alleged unlawful activity. The protection described below is only available to employees that comply with this requirement.

NGMCN, Inc. will not retaliate against an employee who, in good faith, has made a protest or raised a complaint against some practice of the organization, or of another individual or entity with whom NGMCN, Inc. had a business relationship, on the basis of a reasonable belief that the practice is in violation of law or a clear mandate of public policy.

NGMCN, Inc. will not retaliate against an employee who discloses or threatens to disclose to a supervisor or a public body any activity, policy, or practice of NGMCN, Inc. that the employee reasonably believes is in violation of a law, or a rule or regulation mandated pursuant to law or is in violation of a clear mandate of public policy concerning health safety, welfare, or protection of the environment.

| North Georgia Mountain Crisis Network, Inc. | Original Effective Date: January 1987 |
|---|---|
| Operating Policy/Procedure for: Personnel | Review/Revised Date: November 20, 2007<br>Review/Revised Date: July 21, 2009<br>Review/Revised Date:  April 19, 2011 |

A.     NONDISCRIMINATION

It is the intent of the Board of Directors of North Georgia Mountain Crisis Network, Inc. that:

1.     North Georgia Mountain Crisis Network, Inc. is an Equal Opportunity/Affirmative Action Employer. It is the policy of North Georgia Mountain Crisis Network, Inc. to employ the person best qualified to undertake the tasks to be performed by the program and for there to be no discrimination on the basis of age, color, economic background, marital status, national origin, handicap, race, religion, or sex, with the hiring, advancement or termination of any employee, or in connection with any other matter of employment practice or personnel policy. It is the program's policy to actively recruit for program employment members of those representative of the community.

2.     North Georgia Mountain Crisis Network, Inc. will fully comply with all requirements of the Americans Disabilities Act. Our policy is to treat all employees without discrimination because of physical or mental disability in regard to any position for which the employee is qualified and to treat them equally in all employment practices such as the following: rate of pay or other forms or compensation, benefits, training, upgrade, transfer or demotion, layoff or termination, and all other terms, conditions and privileges of employment. North Georgia Mountain Crisis Network, Inc. will make reasonable accommodation to the known physical or mental limitations of qualified job applicants or employees with disabilities to enable them to perform essential job duties, unless such accommodation would impose an undue hardship on the operation of the organization.

3.     North Georgia Mountain Crisis Network, Inc. will maintain all information regarding medical condition or history of job applicants, employees, and employees' dependents on separate forms in a separate locked file and will treat such information as a confidential record, to be utilized only as permitted by law.

4.     All personnel concerns shall be submitted to the Executive Director or immediate supervisor. In the absence of the Executive Director, concerns should be directed to the Assistant Director. If concerns are regarding the Director, they should be submitted to

the Personnel Committee, or in their absence, the Executive Committee of Board of Directors.

5. Recommendations by the Personnel Committee concerning changes of employment, changes in job descriptions or personnel policies will be submitted to the Board of Directors.

6. All employees shall comply with and assist in carrying out these personnel policies and procedures.

### B. EMPLOYMENT AND PERFORMANCE

All federal, state, and local laws concerning labor practices shall be adhered to.

1. Procedure for Filling Vacant Positions

   A. All available permanent (six (6) months or more) staff positions shall be posted on the bulletin board of the shelter and published in other appropriate sources. Notices of vacancy shall provide a general description of and the qualifications for the position, the salary range and the closing date for applications.

   B. Individuals employed with North Georgia Mountain Crisis Network, Inc. who desire to apply for such vacancies shall inform the Executive Director in writing. Other applicants shall submit an application or resume according to procedures prescribed for the position. All applications for positions will be reviewed and screened for positions according to procedures developed by the Executive Director.

   C. Applicants who are judged most qualified will be scheduled for an interview with the Executive Director/Assistant Director. No person shall be hired by the agency without the approval of the Executive Director.

   D. Resumes and applications will be kept on file for a minimum of six (6) months.

   E. The Executive Director will assure that selection procedures comply with all employment laws and the non-discrimination policy of the agency.

2. Orientation and Training of New Employees

   A. At the time of hiring, employees shall receive a copy of Personnel Policies and job description for which they are hired. Each employee's personnel file will contain a signed form stating that said employee has received a copy of Personnel Policies and job description. All employees will be provided an office copy of Policies and Procedures of NGMCN, Inc. and

they will be required to read said policies within their probationary period. A form will be signed and maintained in employee's personnel file confirming their review and comprehension of said policies and procedures.

B. New employees will participate in an orientation and training program that will begin the first day of employment. The orientation and training program of all new direct service staff will include the following: Prior to being scheduled for work, position training and Domestic Violence 101 (including partner violence where the victim is a lesbian, bi-sexual, transgender, or questioning, differently disabled, and the elderly-5 hours); position shadowing/on-the-job training (including shelter guidelines-5 hours); attending first available front line advocacy training by the Georgia Coalition Against Domestic Violence. A training manual will be provided to each participant.

3. **Probationary Period**

A. New employees are subject to a ninety (90) day probationary period beginning on the first day of work and continuing for ninety (90) days. During this period, employees may be terminated for any reason. Paid Time Off is accrued during this period; however, Paid Time Off cannot be taken until the probationary period is completed. If the employee does not continue employment after the ninety (90) day probationary period, they will not be paid for accrued Paid Time Off. The Executive Director/Assistant Director may extend the probationary period for an additional ninety (90) days if circumstances warrant.

4. **Performance Rating Program**

A. The Executive Director shall establish and administer a program for rating the work performance of employees. The performance rating shall be designed to permit the evaluation of an employee's performance and attitudes as accurately and objectively as possible. Each employee shall be given a copy of the report and be entitled to discuss it with the Executive Director/Assistant Director. The evaluation shall be used as a guide for determining the need for further training, the desirability of salary increase, and as a factor in arriving at promotional justification or the need for disciplinary action up to and including termination of employment. Performance reviews shall also be utilized for setting goals for an employee for the coming period.

B. Before an evaluation becomes part of an employee's file, the employee will have an opportunity to sign it. Additionally, the Executive Director/Assistant Director will sign the evaluation.

C.   Performance reviews will be administered during the month the employee was hired in each calendar year. When deemed necessary by the Executive Director/Assistant Director, additional and interim reviews will be scheduled.

D.   The Executive Director will assure that the performance rating program is an adequate and objective measure of job performance.

E.   The Board President shall establish and administer a program for rating of the Executive Director. The Chairperson of each board committee will consult with the Board President and the performance evaluation will be discussed with the Executive Director. A recommendation will be presented to the Board for an increase and/or an explanation of any concerns.

### C.   PAY PLAN AND EMPLOYEE BENEFITS

1.   Pay Plan

A.   Employees of North Georgia Mountain Crisis Network, Inc. will be paid on a bi-weekly basis. There will be twenty-six (26) pay periods a year. Raises are dependent on budgetary considerations. If budgetary constraints prevent a merit or cost of living increase at the beginning of the grant/fiscal year, such increase may be paid at a later date.

1.   Yearly cost of living raises may be given contingent upon Board of Directors approval and budgetary consideration. All employees will be given a cost of living raise if approved by the Board of Directors.

2.   Merit based increases will be given to all full-time employees based on the following point system and will depend upon the performance of the individual employee and the availability of monies in budget. If funding is cut or there is budget constraints, merit based increases may not be given. If this is the case, it will effect all employees. Following is the merit increase percentage and factors that are representative of those to be considered when management conducts performance evaluations (in no particular order):

      1-    may need to terminate
      2-    0% raise
      3-4  1% raise
      5-    2% raise

- Attitude, enthusiasm, and interest in job
- Quality of work
- Client/community satisfaction
- Job knowledge/skills
- Efforts to increase job knowledge skills

- Additional training/education acquired by employee
- Attendance
- Timely arrival for work
- Neatness of personal appearance
- Neatness of assigned work space in the work environment
- Job Performance
- Time management
- Initiative and independence in completion of projects
- Relationships with co-workers
- Problem solving
- Quality improvement ideas implemented
- Cost-saving ideas implemented

All employees are encouraged to discuss their job performances with management at any time.

3. Federal and state income tax withholdings will be deducted from the salary. This tax is computed from a sliding scale and is based on Withholding Exemption Certificate signed by a employee.

4. Social Security costs will be shared equally by the employee and North Georgia Mountain Crisis Network, Inc. through payroll deduction.

5. Worker's compensation coverage is provided to all paid employees. No employee may draw worker's compensation for injuries sustained when not working. Any accident which occurs on the job shall be reported immediately to the Executive Director. In the absence of the Executive Director, a report should made to the Assistant Director.

6. North Georgia Mountain Crisis Network, Inc. shall offer to furnish insurance for all employees who work forty (40) hours per week upon the completion of the ninety (90) probationary period.

7. Georgia is an at-will state for employment and employees can be released at any time without reason. If the Executive Director releases any employee from their job duty, he/she shall ensure that the employee is paid for all time worked, for all PTO accrued, and given a Notice of Separation for Georgia Department of Labor purposes.

### D. HOURS OF WORK

1. Categories of Employment
   A. **Full-Time (Exempt):** Employed in an established management/administrative professional position based on a minimum of forty hours (40) of work per week and paid on a salaried basis.
   B. **Full-time (Non-exempt):** Employed in an established position based on a minimum of thirty-two (32) hours of work per week and paid an hourly wage.